UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

LELAND ALLAN MACQUARRIE, JR.,           **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Distribution of Fentanyl Resulting in Death)

On or about February 24, 2022, in Kalkaska and Grand Traverse Counties, in the Southern Division of the Western District of Michigan, the defendant,

LELAND ALLAN MACQUARRIE, JR.,

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, the use of which resulted in the death of M.S.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney


_____
JOEL S. FAUSON
Assistant United States Attorney